508 A.2d 1195

**COMMONWEALTH of Pennsylvania**

v.

**Richard ROBICHAW, Appellant.**

Supreme Court of Pennsylvania.

Argued April 17, 1986.

Decided April 29, 1986.

John W. Packel, Chief/Appeal Div., Karl Baker, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief/Appeals Div., Frances Gerson, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and ZAPPALA, J., dissent.